CDF LABOR LAW LLP
  Todd R. Wulffson, State Bar No. 150377 (Pro Hac Vice)
  twulffson@cdflaborlaw.com
  Ashley A. Halberda, State Bar No. 272762 (Pro Hac Vice)
  ahalberda@cdflaborlaw.com
  Osaama Saifi, State Bar No. 309172 (Pro Hac Vice)
  osaifi@cdflaborlaw.com
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 622-1661

Attorneys for Defendant and Counterclaimant
NEW AMERICAN FUNDING, LLC

FOLEY & LARDNER LLP
  Eileen R. Ridley, State Bar No. 151735 (Pro Hac Vice)
  eridley@foley.com
  Emma E. Soldon, State Bar No. 345323 (Pro Hac Vice)
  esoldon@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 434-4484
Fax: (415) 434-4507

Attorneys for Plaintiff and Counterdefendant
FBC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| FBC MORTGAGE, LLC, a Florida limited liability company, | Case No. 2:23-cv-02629-SPL |
| Plaintiff, | Assigned for All Purposes To: Judge: Steven P. Logan |
| vs. | **NOTICE OF SETTLEMENT** |
| NEW AMERICAN FUNDING, LLC, a Delaware limited liability company; BROKER SOLUTIONS, INC., a California corporation; and DOES 1 through 100, inclusive, | Action Filed:   December 15, 2023 |
| Defendants. | |
| NEW AMERICAN FUNDING, LLC, | |
| Counterclaimant, | |
| vs. | |
| FBC MORTGAGE, LLC, | |
| Counterdefendant. | |

1    Defendant and Counterclaimant, NEW AMERICAN FUNDING, LLC ("Defendant") and

2    Plaintiff and Counterdefendant, FBC MORTGAGE, LLC ("Plaintiff") (Defendant and Plaintiff

3    collectively referred to as the "Parties") hereby notify the Court that the Parties have reached a

4    settlement in this matter. Once the settlement is finalized, the Parties will file a stipulation of

5    dismissal with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6    In light of the resolution of this case, the Parties respectfully request that any upcoming

7    dates and deadlines be vacated.

8

9    Dated:  January 31, 2025            CDF LABOR LAW LLP

10

11                                        By:  /s/ Ashley A. Halberda
                                               Ashley A. Halberda
12                                        Attorneys for Defendant and Counterclaimant
                                          NEW AMERICAN FUNDING, LLC
13

14
     Dated:  January 31, 2025            FOLEY & LARDNER LLP
15

16
                                          By:  /s/ Eileen R. Ridley
17                                             Eileen R. Ridley
                                          Attorneys for Plaintiff and Counterdefendant
18                                        FBC MORTGAGE, LLC

19

20

21

22

23

24

25

26

27

28

                                    2                    NOTICE OF SETTLEMENT

4906-1579-7267.1

1

## **PROOF OF SERVICE**

2

3          STATE OF CALIFORNIA, COUNTY OF ORANGE.

4

5          I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On January 31, 2025, I served upon the interested p

6    arty(ies) in this action the following document described as: NOTICE OF SETTLEMENT

7          By the following method:

8    ☒    **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's

9          CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

10

          I certify that I am employed in the office of a member of the bar of this Court at whose

11    direction the service was made.

12          I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

13

          Executed on January 31, 2025, at Irvine, California.

14

15    _____          _____
              Maria Anderson                                    (Signature)

16            (Type or print name)

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT

CDF Labor Law LLP

4906-1579-7267.1

1

## SERVICE LIST

2

3  Bryce W. Talbot, Esq.
   FOLEY & LARDNER LLP
   95 South State Street, Suite 2500
4  Salt Lake City, UT 84111-1760
   TELEPHONE: (801) 401-8900
5  FACSIMILE: (385) 799-7576

6  Email:
   btalbot@foley.com
7
   Eileen R. Ridley, Esq. (pro hac vice application
8  forthcoming)
   Emma E. Soldon, Esq. (pro hac vice
9  application forthcoming)
   FOLEY & LARDNER LLP
10 555 California Street, Suite 1700
   San Francisco, CA 94104-1520
11 TELEPHONE: (415) 434-4484
   FACSIMILE: (415) 434-4507
12
   Emails:
13 eridley@foley.com
   esoldon@foley.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CDF LABOR LAW LLP

4                                    NOTICE OF SETTLEMENT

4906-1579-7267.1