EILEEN R. RIDLEY, CA Bar No. 151735 (*admitted pro hac vice*)
  eridley@foley.com
EMMA E. SOLDON, CA Bar No. 345323 (*admitted pro hac vice*)
  esoldon@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507
Attorneys For Plaintiff And Counterdefendant FBC MORTGAGE, LLC


Todd R. Wulffson, State Bar No. 150377 (Pro Hac Vice)
twulffson@cdflaborlaw.com
Ashley A. Halberda, State Bar No. 272762 (Pro Hac Vice)
ahalberda@cdflaborlaw.com
Osaama Saifi, State Bar No. 309172 (Pro Hac Vice)
osaifi@cdflaborlaw.com
CDF LABOR LAW LLP
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661
Attorneys for Defendants and Counterclaimant NEW AMERICAN FUNDING, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| FBC Mortgage, LLC,<br><br>                          Plaintiff,<br><br>          vs.<br><br>New American Funding, a Delaware limited liability company; Broker Solutions, Inc., a California corporation; and Does 1 through 100, inclusive,<br><br>                          Defendant. | Case No. 2:23-cv-02629-SPL<br><br>**JOINT STIPULATION REQUESTING STAY OF COURT'S DISMISSAL WITH PREJUDICE**<br><br><br>Case Filed: December 15, 2023<br>Judge: Hon. Steven P. Logan |
| New American Funding, LLC,<br><br>                          Counterclaimant,<br><br>          vs.<br><br>FBC Mortgage, LLC,<br><br>                          Counterdefendant. | |

Plaintiff and Counterdefendant, FBC MORTGAGE, LLC ("Plaintiff") and Defendant and Counterclaimant, NEW AMERICAN FUNDING, LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") jointly file this stipulation requesting the Court stay its dismissal of the action with prejudice by thirty days from March 3, 2025, to April 2, 2025.

On January 31, 2025, the Court issued an Order (Doc. 29) stating that the matter would be dismissed with prejudice on March 3, 2025, unless a stipulation not to dismiss was filed prior to then.

The Parties are actively engaged in finalizing the terms of the settlement agreement and expect the agreement to be finalized within thirty days of March 3, 2025.

Therefore, the Parties respectfully request the Court stay its dismissal with prejudice of the case until April 2, 2025, to permit the Parties additional time to finalize the terms of the settlement agreement.

DATED:  February 28, 2025

**FOLEY & LARDNER LLP**

/s/ *Eileen R. Ridley*
Eileen R. Ridley
Attorneys For Plaintiff And
Counterdefendant FBC
MORTGAGE, LLC

DATED:  February 28, 2025

**CDF LABOR LAW**

/s/ *Ashley A. Halberda*
Ashley A. Halberda
Attorneys for Defendant and
Counterclaimant NEW
AMERICAN FUNDING, LLC